American States Insurance Company, Appellee, v. Delbert J. White et al., Conservator of Estate of George P. Marshall, Incompetent, Appellants.

Gen. No. 10,408.

Heard in this court at the February term, 1950. Guyer & Smith and William H. Gates, for appellants; Burrell & Burrell, for appellee; David M. Burrell, of counsel. Opinion by JUSTICE BRISTOW. **Not to be published in full.** Opinion filed July 13, 1950; rehearing denied September 13, 1950; released for publication September 14, 1950.